IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:02-CR-144-BO-2
No. 5:15-CV-489-BO

BOBBY LEE HAIRSTON,           )
                              )
            Petitioner,       )
                              )        ORDER
      v.                      )
                              )
UNITED STATES OF AMERICA,     )
                              )
            Respondent.       )

For good cause having been shown upon the motion of the
Respondent for supplemental briefing, it is hereby

ORDERED that the Respondent have up to and including July
15, 2016, in which to file a supplemental briefing, and for
Petitioner to have up to August 5, 2016, to file a supplemental
response.

This __20__ day of June, 2016.

_____
TERRENCE W. BOYLE
United States District Judge