UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:02-CR-144-BO-2
5:15-CV-489-BO

BOBBY LEE HAIRSTON,
   Petitioner

v.                                              ORDER

UNITED STATES OF AMERICA,
   Respondent

For good cause having been shown upon the motion of the Petitioner, it is hereby

ORDERED that the July 12, 2016, stay issued in this matter is LIFTED. It is also

ORDERED that the parties may file briefs regarding the effect of *Beckles v. United States,* and any other remaining issues in this matter. Petitioner must file any brief on or before June 1, 2017. Respondent may file a response to Petitioner's supplemental response on or before June 30, 2017. Any further response by Petitioner must be filed on or before July 11, 2017.

This **3** day of **May**, 2017.

*Terrence W. Boyle*
TERRENCE W. BOYLE
United States District Judge