IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:02-CR-144-BO-2
5:15-CV-489-BO

| | |
|---|---|
| BOBBY LEE HAIRSTON,<br>       Petitioner, | )<br>)<br>) |
| v. | )    O R D E R<br>) |
| UNITED STATES OF AMERICA,<br>       Respondent. | )<br>)<br>) |

As the proceedings in this matter are currently stayed awaiting a decision by the United States Supreme Court in *United States v. Brown*, No. 17-9276, the clerk is DIRECTED to remove the civil action associated with petitioner's motion pursuant to 28 U.S.C. § 2255, No. 5:15-CV-489-BO (E.D.N.C.), from the active docket. The clerk shall return the civil action to the active docket on the lifting of the stay in this matter without further order from the Court.

SO ORDERED, this _16_ day of August, 2018.

                                          TERRENCE W. BOYLE
                                        UNITED STATES DISTRICT JUDGE